<u>NOT FOR PUBLICATION</u>                                          (Doc. No. 26)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____    :
                                     :
AMERICAN SEATING COMPANY,            :
                                     :
                    Plaintiff,       :
                                     :    Civil No. 11-53 (RBK/AMD)
          v.                         :
                                     :    **ORDER**
ARCHER PLASTICS INC.,                :
d/b/a Archer Seating Clearinghouse and :
Archer Seating,                      :
                    Defendant.       :
_____    :

      **THIS MATTER** having come before the Court on the motion of American Seating

Company ("Plaintiff") for summary judgment on its claims against Archer Plastics, Inc.

("Defendant"), and the Court having considered the moving papers and responses thereto, and

for the reasons expressed in the accompanying Opinion issued this date;

      **IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment as to liability

is **GRANTED**.


Date: 7/18/2012                                        /s/ Robert B. Kugler
                                                       ROBERT B. KUGLER
                                                       United States District Judge